# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Mandy L Lewis,

Plaintiff(s),

v.

Mid-America Mortgage Inc.,

Defendant(s).

Case No. 1:18-cv-06691
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered for the Defendant Mid-America Mortgage Inc., and against the Plaintiff Mandy L Lewis as to Count V. Case is dismissed without prejudice as to all remaining claims.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss plaintiff's amended complaint.

Date: 4/26/2019

Thomas G. Bruton, Clerk of Court

Maria G. Hernandez , Deputy Clerk